GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Sophia_Whiting@fd.org

Counsel for Defendant WILLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GINA WILLSON,<br><br>　　　　Defendant. | Case No.: 21-mj-71101-MAG<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF PRELIMINARY HEARING DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIOD |

　　　Gina Willson is scheduled to appear for arraignment, preliminary examination, and status re: supervision on Tuesday, August 31, at 1:00 p.m. The government and defense stipulate and request this hearing be vacated and the matter be set for a status on arraignment and preliminary examination on Friday, October 15, 2021, at 1:00 p.m., for the following reasons:

　　　1. On July 23, 2021, Ms. Willson had her initial appearance and was advised of the charges in the criminal complaint before the Honorable Susan van Keulen. Ms. Willson was released on Pretrial Supervision pending a post-bail report. A hearing

|   |   |
|---|---|
| 1 | was set for August 31, 2021, for Arraignment, Preliminary Examination, and Status |
| 2 | re: supervision. |

2. On August 18, 2021, the Honorable Susan van Keulen signed an order removing Pretrial Services Supervision, upon the recommendation of Pretrial Services and no objection from the parties. A status regarding Pretrial supervision is therefore no longer necessary.

3. The government has provided defense counsel with discovery and the parties have engaged in discussions regarding a potential pre-indictment resolution. The parties request additional time to further their pre-indictment negotiations. The parties believe that failure to grant the continuance would deny Ms. Willson and her counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties are requesting a new preliminary hearing or arraignment date of October 15, 2021.

4. Defense counsel represents that her client understands that she has a right under 18 U.S.C. § 3161(b) to be charged by information or indictment with the offense alleged in the pending criminal complaint and that her client knowingly and voluntarily waives that right and agrees to continue to exclude the time to be charged by indictment and agrees to set a status in this matter on October 15, 2021. Defense counsel further represents that her client knowingly and voluntarily waives the timing for preliminary hearing under Federal Rule of Criminal Procedure 5.1 through October 15, 2021.

5. For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for preliminary hearing, and the date under the Speedy Trial Act by which defendant must be charged by indictment or information, the parties agree that the time period of August 31, 2021, to October 15, 2021, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice

served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the period specified in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

IT IS SO STIPULATED.

| August 30, 2021 | STEPHANIE HINDS |
| Dated | Acting United States Attorney |
| | Northern District of California |

/S
KENNETH CHAMBERS
Assistant United States Attorney

| August 30, 2021 | GEOFFREY HANSEN |
| Dated | Acting Federal Public Defender |
| | Northern District of California |

/S
SOPHIA WHITING
Assistant Federal Public Defender

IT IS SO ORDERED.

August 30, 2021
Dated

THE HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge