1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  Northern District of California
   SOPHIA WHITING
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
5  San Francisco, CA 94102
   Telephone:   (415) 436-7700
6  Facsimile:   (415) 436-7706
   Email:       Sophia_Whiting@fd.org
7

8  Counsel for Defendant WILLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 21-mj-71101-MAG |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF PRELIMINARY HEARING DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIOD |
| v. | |
| GINA WILLSON, | |
| Defendant. | |

    Gina Willson is scheduled to appear for a status on arraignment and preliminary examination on Friday, October 15, at 1:00 p.m. The government and defense stipulate and request this hearing be continued to Friday, November 19, 2021, at 1:00 p.m., as follows:

    1. The government has provided defense counsel with discovery and the parties have engaged in discussions regarding a potential pre-indictment resolution. The parties request additional time to further their pre-indictment negotiations. The parties believe that failure to grant the continuance would deny Ms. Willson and her counsel reasonable time necessary for effective preparation, taking into account the exercise

of due diligence. The parties are requesting a status on preliminary hearing or arraignment date of November 19, 2021.

2. Defense counsel represents that her client understands that she has a right under 18 U.S.C. § 3161(b) to be charged by information or indictment with the offense alleged in the pending criminal complaint and that her client knowingly and voluntarily waives that right and agrees to continue to exclude the time to be charged by indictment and agrees to set a status in this matter on November 19, 2021. Defense counsel further represents that her client knowingly and voluntarily waives the timing for preliminary hearing under Federal Rule of Criminal Procedure 5.1 through November 19, 2021.

3. For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for preliminary hearing, and the date under the Speedy Trial Act by which defendant must be charged by indictment or information, the parties agree that the time period of October 15, 2021, to November 19, 2021, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the period specified in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

| | |
|---|---|
| October 14, 2021<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>KENNETH CHAMBERS<br>Assistant United States Attorney |
| October 14, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

October 14, 2021
Dated

IT IS SO ORDERED
Judge Donna M. Ryu

THE HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND ORDER 3